IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MARGARET GARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTON HEALTHCARE, INC.,<br><br>Defendant. | Case No. 3:23-cv-656-RGJ |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Margaret Garrett pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Norton Healthcare, Inc., without prejudice.

Respectfully submitted,

Dated: January 22, 2024

/s/ *John C. Whitfield, Esq.*
John C. Whitfield (KY Bar #76410)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
19 North Main Street
Madisonville, KY 42431
Phone: (270) 821-0656
Facsimile: (270) 825-1163
jwhitfield@milberg.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *John C. Whitfield, Esq.*
John C. Whitfield (KY Bar #76410)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
19 North Main Street
Madisonville, KY 42431
Phone: (270) 821-0656
Facsimile: (270) 825-1163
jwhitfield@milberg.com